Michael J. Wise, Bar No. 143501
MWise@perkinscoie.com
Joseph P. Hamilton, Bar No. 211544
JHamilton@perkinscoie.com
Lara J. Dueppen, Bar No. 259075
LDueppen@perkinscoie.com
Michael J. Song
MSong@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiffs and Counter-Defendants
FONTEM VENTURES B.V. and
FONTEM HOLDINGS 1 B.V.

[Defendant's Counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>Plaintiffs,<br><br>v.<br><br>VAPOR CORP., a Delaware Corporation, and DOES 1-5, Inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV14-1650 GW (MRWx)<br><br>**JOINT STIPULATION OF DISMISSAL** |

111971-0003.0001/128711149.1

WHEREAS Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant Vapor Corp. ("Vapor"), have settled the above-captioned matter; and

WHEREAS Fontem and Vapor have executed a settlement agreement and release (the "Settlement Agreement");

IT IS HEREBY STIPULATED by and through their undersigned counsel, that Fontem and Vapor agree to dismiss all claims and counterclaims in Case No. CV14-1650, without prejudice pursuant to Fed. R. Civ. P. 41(a). Each party is to bear its own fees and costs.

IT IS HEREBY FURTHER STIPULATED that this Court shall retain jurisdiction of this case for the sole purpose of enforcing the Settlement Agreement.

DATED: December 17, 2015

**PERKINS COIE LLP**

By: /s/ Michael J. Wise
     Michael J. Wise

Attorneys for Plaintiffs and Counter-Defendants
FONTEM VENTURES B.V. and
FONTEM HOLDINGS 1 B.V.

| | | |
|---|---|---|
| 1 | DATED:  December 17, 2015 | **PORZIO, BROMBERG & NEWMAN, P.C** |
| 2 | | |
| 3 | | |
| 4 | | By:/s/ Richard J. Oparil |
| | | Iman Reza |
| 5 | | ireza@cwlawyers.com |
| | | Cummins & White, LLP |
| 6 | | 2424 S.E. Bristol Street, Suite 300 |
| | | Newport Beach, CA 92660 |
| 7 | | Tel: 949.852.1800 |
| | | Fax: 949.852.8510 |
| 8 | | Richard J Oparil (admitted pro hac vice) |
| 9 | | rjoparil@pbnlaw.com |
| | | PORZIO, BROMBERG & |
| 10 | | NEWMAN, P.C. |
| | | 1200 New Hampshire Avenue, NW |
| 11 | | Suite 710 |
| | | Washington, DC 20036-6802 |
| 12 | | Tel: 202.517.1888 |
| | | Fax: 202.517.6322 |
| 13 | | |
| 14 | | Attorneys for Defendant/Counterclaimant VAPOR CORP. |